AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.

Anthony Burno

Defendant

)
)
)
)
)
)
)

Case: 1:26-mj-00073
Assigned To: Judge Harvey, G. Michael
Assign. Date: 4/6/2026
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Anthony Burno
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment         ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☒ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1951 (Conspiracy to Interfere with Interstate Commerce by Robbery),
18 U.S.C. § 1951 (Interference with Interstate Commerce by Robbery)

Date:      04/06/2026

_____
*Issuing officer's signature*

City and state:      Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/6/26 , and the person was arrested on *(date)* 6/26/26 at *(city and state)* Ft Washington, MD . |
| Date:  6/26/26 |
| *Arresting officer's signature* |
| Det. David Naples |
| *Printed name and title* |